IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:15-cv-1415-RWS-RSP |
| | § | |
| HEALTHCARE SERVICES CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF TEXAS, INC. | § | |
| | § | |
| Defendant. | § | |

**MOTION TO DISMISS DEFENDANT HEALTHCARE SERVICES CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF TEXAS, INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC files this Motion to Dismiss Defendant Healthcare Services Corporation d/b/a Blue Cross Blue Shield of Texas, Inc. ("Defendant") Without Prejudice. Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Symbology Innovations, LLC moves this Court to dismiss this action and all claims by Symbology Innovations, LLC against Defendant without prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: July 5, 2016 
          Respectfully submitted,

          */s/ Jay Johnson*
          **JAY JOHNSON**
          State Bar No. 24067322
          **BRAD KIZZIA**
          State Bar No. 11547550
          **ANTHONY RICCIARDELLI**
          State Bar No. 24070493
          **KIZZIA JOHNSON PLLC**
          1910 Pacific Ave.
          Suite 13000
          Dallas, TX 75201
          (214) 451-0164
          Fax: (214) 451-0165
          jay@kjpllc.com
          bkizzia@kjpllc.com
          anthony@kjpllc.com

          **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 5, 2016.

          */s/ Jay Johnson*
          Jay Johnson