IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § HEALTHCARE SERVICES § CORPORATION d.b/a BLUE CROSS § BLUE SHIELD OF TEXAS, INC. § § Defendants. § § | Case No: 2:15-cv-1415-RWS-RSP |

## ORDER

On this day the Court considered the Motion to Dismiss Healthcare Services Corporation d/b/a Blue Cross Blue Shield of Texas, Inc. It is therefore ORDERED that all claims by Symbology Innovations, LLC against Healthcare Services Corporation d/b/a Blue Cross Blue Shield Texas, Inc. are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE